UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

    Plaintiff,

v.

KENT COUNTY, et al.,

    Defendants.

_____/

Case No. 1:13-cv-1071

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 24, 2014 recommending that this action be dismissed with prejudice for failure to prosecute and failure to comply with the court orders. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with the court orders.

A Judgment will be entered consistent with this Order.

Dated: November 20, 2014          /s/ Janet T. Neff
                                               JANET T. NEFF
                                               United States District Judge